**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Milan Sai Joint Venture, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | dba Super 8 |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 2 – 2 7 0 9 7 9 6 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3432 IH-20**<br>Number    Street | **2114 Hogan Drive**<br>Number    Street |
| | _____<br>P.O. Box |
| **Stanton**    **TX**    **79782**<br>City    State    ZIP Code | **Irving**    **TX**    **75038**<br>City    State    ZIP Code |
| **Dallas**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br>City    State    ZIP Code |

5. **Debtor's website (URL)**   _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Milan Sai Joint Venture, LLC**                                         Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

  **7  2  1  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.   Check all that apply:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____  When _____  Case number _____
                                                        MM / DD / YYYY
         District _____  When _____  Case number _____
                                                        MM / DD / YYYY
         District _____  When _____  Case number _____
                                                        MM / DD / YYYY

Debtor **Milan Sai Joint Venture, LLC** _____   Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list.

Debtor _____   Relationship _____
District _____   When _____ MM / DD / YYYY
Case number, if known _____

Debtor _____   Relationship _____
District _____   When _____ MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street
_____
_____
City                          State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Milan Sai Joint Venture, LLC**              Case number (if known) _____

| 14. Estimated number of creditors | ☒ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☒ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☒ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/04/2024**
MM / DD / YYYY

X **/s/ Sunil Kumar Patel**
Signature of authorized representative of debtor
**Sunil Kumar Patel**
Printed name
**Managing Member**
Title

**18. Signature of attorney**

X **/s/ Joyce W. Lindauer**           Date **11/04/2024**
Signature of attorney for debtor                    MM / DD / YYYY

**Joyce W. Lindauer**
Printed name
**Joyce Lindauer**
Firm name
**Joyce W. Lindauer Attorney, PLLC**
Number    Street
**1412 Main Street, Suite 500**

**Dallas**                          **TX**        **75202**
City                              State       ZIP Code

**(972) 503-4033**                 **joyce@joycelindauer.com**
Contact phone                     Email address
**21555700**                       **TX**
Bar number                        State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Milan Sai Joint Venture, LLC**                                           CASE NO

                                                                                    CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/4/2024                                         Signature  /s/ Sunil Kumar Patel
                                                                    *Sunil Kumar Patel*
                                                                    *Managing Member*


Date _____                             Signature _____

```
Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548


City of Stanton Property Tax
308 N. Saint Peter St.
Stanton, TX 78782



Clean Chem
PO Box 9700
Midland, TX 79708



HD Supply
3400 Cumberland Blvd., SE
Atlanta, GA 30339



Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242-1100


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Martin County Tax Office
308 N. Saint Peter St.
Stanton, TX 79782



Pride of Austin High Yield Fund I, LLC
c/o Trip Nix
Holland & Knight
100 Congress Avenue, Suite 1800
Austin, TX 78701
```

```
Schindler Elevators
3 Ravinia Drive, 7th Floor
Atlanta, GA 30346



Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001



U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242


Wyndham World wide
22 Sylvan Way
Parsippany, NJ 07054-3801
```