William R. "Trip" Nix
Texas Bar No. 24092902
98 San Jacinto, Suite 1900
Austin, TX 78701
Telephone: (512) 685-6400
Trip.Nix@hklaw.com

-and-

Christopher A. Bailey
Texas Bar No. 24104598
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1784
Chris.Bailey@hklaw.com

*Attorneys for Gregory S. Milligan, in his capacity as court-appointed receiver for Pride of Austin High Yield Fund I, LLC*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-33560-MVL |
| MILAN SAI JOINT VENTURE, LLC, | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |
| | § | (Subchapter V) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the following matters will be heard **in person** on **January 7, 2025 at 2:00 p.m. (prevailing Central Time)** before the Honorable Michelle V. Larson, at the Earle Cabell Federal Building and United States Courthouse, 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, Texas 78242:

1. Hearing on *Objection to Milan Sai Joint Venture, LLC's Designation as a Subchapter V Small Business Debtor* filed by Gregory S. Milligan, Receiver for Pride of Austin High Yield Fund I, LLC [Doc. 15] and

2. Final hearing on *Motion of Gregory S. Milligan, Receiver for Pride of Austin High Yield Fund I, LLC, for Relief from the Automatic Stay* [Doc. 24].

Page 1

#513082874_v1

DATED: November 19, 2024

    Respectfully submitted,

    HOLLAND & KNIGHT, LLP

    By: */s/ Trip Nix*
        Christopher A. Bailey
        State Bar No. 24104598
        1722 Routh St., Suite 1500
        Dallas, TX 75201
        (214) 969-1784
        chris.bailey@hklaw.com

    -and-

    William R. "Trip" Nix (admitted *pro hac vice*)
    State Bar No. 21110850
    98 San Jacinto Blvd., Suite 1900
    Austin, Texas 78701
    (512) 685-6400
    (512) 685-6417 (FAX)
    trip.nix@hklaw.com

    ATTORNEYS FOR GREGORY S. MILLIGAN, RECEIVER FOR PRIDE OF AUSTIN HIGH YIELD FUND I, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was electronically filed and served either via the Court's CM/ECF system or United States first class mail on the parties on the attached service list on this 19th day of November, 2024.

    */s/ Trip Nix*
    William R. "Trip" Nix

## SERVICE LIST

**Debtor**
Milan Sai Joint Venture, LLC
DBA Super 8
2114 Hogan Drive
Irving, TX 75038

**Counsel to Debtor (*via ECF*)**
Joyce Lindauer
1412 Main Street, Suite 500
Dallas, TX 75202

**U.S. Trustee (*via ECF*)**
U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242

**Subchapter V Trustee (*via ECF*)**
Mark A. Weisbart
10501 N Central Expy, Suite 106
Dallas, Texas 75231-2203

**Creditors and Other Parties**
Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

City of Stanton Property Tax
308 N. Saint Peter St.
Stanton, TX 78782

Clean Chem
PO Box 9700
Midland, TX 79708

HD Supply
3400 Cumberland Blvd., SE
Atlanta, GA 30339

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Martin County Tax Office
308 N. Saint Peter St.
Stanton, TX 79782

Schindler Elevators
3 Ravinia Drive, 7th Floor
Atlanta, GA 30346

Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242

Wyndham World wide
22 Sylvan Way
Parsippany, NJ 07054-3801

**Parties Requesting Service (*via ECF*)**
Martin County Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 817
Lubbock, TX 79408

Daniel M. Eliades, David S. Catuogno and
Sabrina Espinal
K&L Gates LLP
1085 Raymond Blvd., 10th Floor
Neward, New Jersey 07102

#512653804_v1